THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON
GORMLEY & DESRUISSEAUX
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile
Attorneys for Defendants
LVMPD and CCDC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIAM FLEMING,

   Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark; CLARK COUNTY DETENTION CENTER, a political subdivision of the State of Nevada and the County of Clark; JOSEPH SALVATORE, individually and in his official capacity as a correction officer employed by LVMPD at the CCDC; DOE CORRECTIONS OFFICERS II-XX, individually and in their official capacities as correction officers employed by the LVMPD at CCDC; DOE POLICE OFFICERS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;

   Defendants.

CASE NO: 2:11-cv-131-RLH-LRL

### STIPULATION AND ORDER TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT AND STAY DISCOVERY FOR THREE MONTHS TO HOLD A MEDIATION

  It is hereby jointly agreed and stipulated between the parties that Defendants will have an extension of ninety (90) days to file an answer or otherwise respond to the Complaint and that discovery will be stayed in order for the parties to conduct an early mediation in the matter. It is respectfully submitted that a brief three (3) month stay in the case in order to fully explore settlement of this matter through mediation and to avoid incurring additional litigation expenses until the completion of the mediation will substantially increase the likelihood of an early

resolution and is in the interest of justice. Defendants will therefore have until May 16, 2011 to file a response to Plaintiff's Complaint or the parties will notify the Court that a settlement has been achieved.

DATED this 14 day of February, 2011.

OLSON, CANNON
GORMLEY & DESRUISSEAUX

By: /s/ Thomas D. Dillard
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants
LVMPD and CCDC

LAW OFFICES OF ERIC R. BLANK, P.C.

By: /s/Eric R. Blank, Esq.
ERIC R. BLANK, ESQ.
Nevada Bar No. 6910
8960 W. Tropicana Ave., #300
Las Vegas, Nevada, 89147
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED that Defendants have an additional ninety (90) days to file an answer or otherwise respond to the Complaint and that discovery will be stayed in order for the parties to conduct an early mediation in the matter.

DATED this 15th day of February, 2011.

Roger L. Hunt
HONORABLE UNITED STATES DISTRICT JUDGE