# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM FLEMING, | Case No.: 2:11-cv-00131-RLH-VCF |
| Plaintiff, | **O R D E R** |
| vs. | (Motion for Partial Judgment on the Pleadings–#21) |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada, et al., | |
| Defendants. | |

Before the Court is Defendants Las Vegas Metropolitan Police Department ("Metro") and the Clark County Detention Center's ("CCDC") **Motion for Partial Judgment on the Pleadings** (#21, filed Jan. 12, 2012) based on a failure to state a claim. The Court has also considered Plaintiff William Fleming's Opposition (#27, filed Mar. 6). Defendants' did not file a Reply.

Plaintiff largely does not oppose the Defendants' motion. Specifically, Plaintiff does not oppose the dismissal of the CCDC as a party to the case, the dismissal of his causes of action under the Eighth and Fourteenth Amendments, the dismissal of his § 1983 conspiracy claim, or the dismissal of his punitive damages request as against Metro. In essence, the only thing

Plaintiff addresses is that the dismissal of his punitive damages request should only apply to Metro and not the individual Defendants who did not even join this motion. Accordingly, the Court grants Metro and the CCDC's motion with the understanding the dismissal of punitive damages applies only to Metro and not the individual officers

## CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Defendants' Motion for Partial Judgment on the Pleadings (#21) is GRANTED.

Dated: April 25, 2012.

_____
**ROGER L. HUNT**
**United States District Judge**