**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| WILLIAM FLEMING,<br><br>            Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.,*<br><br>            Defendants. | 2:11-cv -00131-MDD-VCF<br><br>**ORDER SCHEDULING HEARING AND EXTENDING DATE FOR FILING DISPOSITIVE MOTIONS AND JOINT PRETRIAL ORDER** |

Before the Court is Plaintiff William Fleming's Emergency Motion to Compel Defendant Las Vegas Metropolitan Police Department to Produce Documents Alleged to be Confidential and/or Privileged (dkt 31).

IT IS HEREBY ORDERED that the opposition shall be filed on or before June 4, 2012 and the reply to the opposition shall be filed on or before June 11, 2012.

IT IS FURTHER ORDERED that a hearing regarding Plaintiff William Fleming's Emergency Motion to Compel Defendant Las Vegas Metropolitan Police Department to Produce Documents Alleged to be Confidential and/or Privileged (dkt 31) is scheduled for 9:30 a.m., Friday, June 15, 2012 in Courtroom 3A.

IT IS FURTHER ORDERED that the deadline for filing dispositive motions shall be extended to July 24, 2012.  The joint pretrial order shall be filed not later than 30 days after the date set for filing dispositive motions or August 23, 2012.  In the event dispositive motions are filed, the date for filing the

1 joint pretrial order shall be suspended until 30 days after decision of the dispositive motions or further
2 order of the Court.
3      DATED this 30th day of May, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE