1

2                           **UNITED STATES DISTRICT COURT**

3                                **DISTRICT OF NEVADA**

4                                           **\*\*\***

5

6

7    WILLIAM FLEMING,                              2:11-cv -00131-MDD-VCF

8                           Plaintiff,

9    vs.                                           **MINUTE ORDER**

     LAS VEGAS METROPOLITAN POLICE
10   DEPARTMENT, *et al.,*

11                          Defendants.

12

13          Before the Court is the Joint Status Report Re: Discovery Dispute (#50) filed on March 7, 2013.

14          On February 28, 2013, the Honorable Judge Miranda M. Du entered an order denying the motion

15   for summary judgment and ordered "the parties shall file a joint statement concerning their discovery

16   dispute to the presiding Magistrate Judge within seven (7) days from the entry of this Order." (#49).  On

17   June 15, 2012, the undersigned ruled that the confidential information should be produced for Fleming's

18   attorney's eyes only.  (#38).  If Fleming wishes to use that information as evidence, or wishes to provide

19   it to a retained expert, he was ordered to notify LVMPD and to provide LVMPD an opportunity to make

20   necessary redactions of sensitive information within those documents.  *Id.*

21          IT IS HEREBY ORDERED that Plaintiff files under seal, on or before March 25, 2013,

22   documents that he wishes to provide to his expert witness.  Plaintiff must provide an explanation of

23   necessity for each of the documents and include any appropriate redactions.  Pursuant to Special Order

24   109, service of documents in paper form is required for documents that are sealed.

25

1    IT IS FURTHER ORDERED that the response to Plaintiff's documents disclosures is due on or

2 before April 4, 2013.  No reply is necessary.

3    DATED this 13th day of March, 2013.

_____

4                                                                CAM FERENBACH
                                                                 UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25