# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WILLIAM FLEMING,<br><br>          Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.,*<br><br>          Defendants. | 2:11-cv -00131-MDD-VCF<br><br>**MINUTE ORDER** |

      Before the Court is the Joint Status Report Re: Discovery Dispute (#50) filed on March 7, 2013.

      On February 28, 2013, the Honorable Judge Miranda M. Du entered an order denying the motion for summary judgment and ordered "the parties shall file a joint statement concerning their discovery dispute to the presiding Magistrate Judge within seven (7) days from the entry of this Order." (#49). On June 15, 2012, the undersigned ruled that the confidential information should be produced for Fleming's attorney's eyes only. (#38). If Fleming wishes to use that information as evidence, or wishes to provide it to a retained expert, he was ordered to notify LVMPD and to provide LVMPD an opportunity to make necessary redactions of sensitive information within those documents. *Id.*

      IT IS HEREBY ORDERED that Plaintiff files under seal, on or before March 25, 2013, documents that he wishes to provide to his expert witness. Plaintiff must provide an explanation of necessity for each of the documents and include any appropriate redactions. Pursuant to Special Order 109, service of documents in paper form is required for documents that are sealed.

IT IS FURTHER ORDERED that the response to Plaintiff's documents disclosures is due on or before April 4, 2013.  No reply is necessary.

DATED this 13th day of March, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE