# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WILLIAM W. FLEMING, | |
| Plaintiff, | 2:11-cv-00131-MMD-VCF |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

Plaintiff's counsel, Eric R. Blank, Esq., left a voicemail seeking leave for his client to appear telephonically for the settlement conference scheduled for December 2, 2014.

Accordingly,

IT IS HEREBY ORDERED that the settlement conference scheduled for 10:00 a.m., December 2, 2014 is VACATED.

IT IS FURTHER ORDERED that a status hearing is scheduled for 11:00 a.m., December 2, 2014, in courtroom 3D.  It is optional for the individual parties to appear at the status hearing; however, it is mandatory for counsel to appear.

DATED this 1st day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE