# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WILLIAM FLEMING, | |
| Plaintiff, | 2:11-cv-00131-MMD-VCF |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants | |

The court has received Plaintiff's confidential settlement conference brief.

IT IS HEREBY ORDERED that a settlement conference is scheduled for 10:00 a.m., Thursday, December 11, 2014, in the chambers of the undersigned United States Magistrate Judge, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Ste. 3005, Las Vegas, Nevada.

Plaintiff William Fleming may appear telephonically or preferably via video conference (such as Skype or Facetime).

DATED this 9th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE